UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LOURENCO GONCALVES and CLEVELAND-CLIFFS INC., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON JOHNSON and AXIOM CAPITAL MANAGEMENT, INC., <br><br> Defendants. | Case No. 17-cv-01209-SO <br><br> JUDGE SOLOMON OLIVER, JR. <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Lourenco Goncalves and Cleveland-Cliffs Inc., on the one hand, and Defendants Gordon Johnson and Axiom Capital Management, Inc., on the other hand, by and through their respective undersigned counsel, hereby stipulate as follows:

1. Plaintiffs' cause of action against Defendants in this litigation should be dismissed with prejudice.

2. All matters at issue have been compromised and settled except for the payment described in paragraph 2 of the Settlement Agreement and Release.  Defendants have agreed to fulfil that obligation to Plaintiffs no later than September 6, 2018.  Each party will otherwise bear its own costs and fees, including any attorney fees.

WHEREFORE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants respectfully request that the Court enter an order in the form attached hereto as Exhibit A.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 31, 2018

Respectfully submitted,

*/s/ Adam J. Joines*
Robert S. Faxon (0059678)
Kristin S.M. Morrison (0085004)
Adam J. Joines (0094021)
JONES DAY
North Point
901 Lakeside Ave.
Cleveland, Ohio  44114
Telephone: 216-586-3939
Facsimile: 216-579-0212
E-mail: rfaxon@jonesday.com
kmorrison@jonesday.com
ajoines@jonesday.com

*Attorneys for Plaintiffs Lourenco Goncalves and Cleveland-Cliffs Inc*

Dated: August 31, 2018

Respectfully submitted,

*/s/ John G. Farnan*
John G. Farnan (0038558)
Jfarnan@westonhurd.com
Mark F. Kruse (0029989)
Mkruse@westonhurd.com
WESTON HURD LLP
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, Ohio  44114-1862
(T) 216.241.6602 (F) 216.621.8369

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of August, 2018, a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically through the Court's ECF filing system.  Notice of this filing will be sent by operation of the Court's ECF filing system to all parties who receive electronic notice.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

 

*/s/ Adam J. Joines*
Counsel for Plaintiffs

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LOURENCO GONCALVES and CLEVELAND-CLIFFS INC., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON JOHNSON and AXIOM CAPITAL MANAGEMENT, INC., <br><br> Defendants. | Case No. 17-cv-01209-SO <br><br> JUDGE SOLOMON OLIVER, JR. <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Lourenco Goncalves and Cleveland-Cliffs Inc. and Defendants Gordon Johnson and Axiom Capital Management, Inc., by and through counsel, having filed their Joint Stipulation of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that Plaintiffs' cause of action against Defendants is dismissed, with prejudice, with each party to bear his or its own costs and fees, including any attorney fees.

Dated: _____

_____
The honorable SOLOMON OLIVER, JR.
United States District Court Judge
Northern District of Ohio, Eastern Division